1

2

3          **UNITED STATES DISTRICT COURT**

4            **DISTRICT OF NEVADA**

5                   * * *

6    ELIJAH DEAN RINIER,                    )
                                            )
7                        Plaintiff,         )
                                            )        2:08-cv-00033-RCJ-LRL
8    v.                                     )
                                            )        **O R D E R**
9    LAS VEGAS METROPOLITAN                 )
     POLICE DEPARTMENT, *et al.*,           )
10                                          )
                                            )
11                       Defendants.        )
     _____   )

12

13

14          Plaintiff's motion for the court to supply photocopies of court records (#19) is GRANTED.  The

15   Clerk of Court shall send to plaintiff a copy of this order, a copy of the civil docket in this case, and

16   Docket Nos. 1, 2, 3, 4, 5, 7, 8, 9, 10, 11, 12, 13, 14, 17, and 18.

            Dated this 30th day of June, 2010.

17

18

19

20          _____
            **LAWRENCE R. LEAVITT**
21          **UNITED STATES MAGISTRATE JUDGE**

22

23

24

25

26